**William GROSS, Plaintiff–Appellant,**

v.

**Carolyn W. COLVIN, Acting Commissioner of Social Security, Defendant–Appellee.**

No. 13–1246.

United States Court of Appeals, Fourth Circuit.

Submitted: July 19, 2013.

Decided: July 31, 2013.

Elliott Andalman, Andalman & Flynn, P.C., Silver Spring, Maryland, for Appellant. Rod J. Rosenstein, United States Attorney, Alex S. Gordon, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before NIEMEYER, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Gross appeals the magistrate judge's order affirming the Commissioner's decision to deny Gross supplemental security income under the Social Security Act.* We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2006); *Johnson v. Barnhart,* 434 F.3d 650, 653 (4th Cir.2005) (per curiam). Having thoroughly reviewed the parties' briefs, the administrative record, and the materials submitted in the joint appendix, we find no reversible error. Accordingly, we affirm. *See Gross v. Astrue,* No. 1:10–cv–02416–SAG, 2012 WL 6761367 (D.Md. Dec. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to the jurisdiction of the magistrate judge in accordance with 28 U.S.C. § 636(c) (2006).